

FILED
CLERK, U.S. DISTRICT COURT
10/19/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: GR DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. SKYLAAR DAYLAN FORD, Defendant. | NO. 2:23-MJ-5410-DUTY<br><br>ORDER OF DETENTION AFTER HEARING<br><br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in Los Angeles pursuant to a warrant issued by the United States District Court for the District of Oregon for alleged violation of the terms and conditions of the defendant's supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

\\

\\

\\

A. (X) The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's submission, history of escape charges, and history of failures to appear and noncompliance with terms of supervision.

and

B. (X) The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's submission, criminal history and a new felony conviction while on supervised release, and history of substance abuse.

IT THEREFORE IS ORDERED, without prejudice, that the defendant be detained pending the further revocation proceedings.

DATED: October 19, 2023

_____
KAREN L. STEVENSON
CHIEF MAGISTRATE JUDGE